## NO. 12-24-00206-CV

## IN THE COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## TYLER, TEXAS

*IN THE INTEREST OF*

*R.N.D., A CHILD*

§ *APPEAL FROM THE 294TH*

§ *JUDICIAL DISTRICT COURT*

§ *VAN ZANDT COUNTY, TEXAS*

---

*MEMORANDUM OPINION*
*PER CURIAM*

  This appeal is being dismissed for failure to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(c).

  A party who is not excused by statute or the appellate rules from paying costs must pay--at the time an item is presented for filing--whatever fees are required by statute or Texas Supreme Court order. TEX. R. APP. P. 5; *see* TEX. R. APP. P. 20.1. An appellate court may enforce Rule 5 by any order that is just. TEX. R. APP. P. 5. After giving ten days' notice, an appellate court may dismiss an appeal because the appellant failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. TEX. R. APP. P. 42.3(c).

On June 21, 2024, the Clerk of this Court notified Appellant, C.S., that the filing fee in this appeal is due and that the appeal would be subject to dismissal if the fee was not paid on or before July 1. The date for remitting the filing fee passed, and Appellant has not paid the fee or otherwise shown that she is excused from paying the fee.[1]

Because Appellant failed, after notice, to comply with Rule 5, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).[2]

Opinion delivered July 10, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] The case information sheet from the Van Zandt County District Clerk reflects that Appellant was not declared indigent in the trial court.

[2] We also note that Appellant has not filed the required docketing statement or corrected defects in the filing of her notice of appeal. *See* TEX. R. APP. P. 32.1 (docketing statement); *see also* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a) (West Supp. 2019) (notice of appeal must be served on each court reporter responsible for preparing reporter's record); ***CMH Homes v. Perez***, 340 S.W.3d 444, 447 (Tex. 2011) ("Unless a statute authorizes an interlocutory appeal, appellate courts generally only have jurisdiction over final judgments").



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 10, 2024**

**NO. 12-24-00206-CV**

**IN THE INTEREST OF R.N.D., A CHILD**

Appeal from the 294th District Court
of Van Zandt County, Texas (Tr.Ct.No. 19-00200)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*